| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:
Brittany Moore

Ryan Moore

                                    Debtor(s).

CASE NO.: 6:22-bk-13671-WJ

CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/13/2022        Brittany Moore        /s/ Brittany Moore
                        Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/13/2022        Ryan Moore        /s/ Ryan Moore
                        Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                        F 1002-1.EMP.INCOME.DEC

CALIFORNIA FAMILY LIFE CENTER
PO Box 727
Hemet CA 92546

A790-7874
ORG1:3 231 Hemet Ranch
EE ID: 101250    DD

BRITTANY MOORE
29662 EASTBANK DR.
MENIFEE CA 92585

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Brittany Moore
29662 Eastbank Dr.
Menifee, CA 92585
Soc Sec #: xxx-xx-xxxx    Employee ID: 101250

Home Department: 3 231 Hemet Ranch

Pay Period: 09/01/22 to 09/15/22
Check Date: 09/22/22    Check #: 18753

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 704 | 3634.03 | 7311.37 |
| **NET PAY** | **3634.03** | **7311.37** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| PTO3 | 0.00 hrs | 10.00 hrs |

**EARNINGS**

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Salary | | | | 4333.34 | | 8666.68 |
| Holiday | M8.00 | | | _____ | M8.00 | _____ |
| **Total Hours** | | 8.00 | | | 8.00 | |
| **Gross Earnings** | | | | 4333.34 | | 8666.68 |
| **Total Hrs Worked** | | | | | | |
| Cell Phone Reimb | | | | | | 25.00 |
| **REIMB & OTHER PAYMENTS** | | | | | | 25.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 267.88 | 536.55 |
| Medicare | | 62.65 | 125.48 |
| Fed Income Tax | J | 38.53 | 78.58 |
| CA Income Tax | SMI2 0 4 | 260.49 | 522.27 |
| CA Disability | | 47.53 | 95.20 |
| **TOTAL** | | 677.08 | 1358.08 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Medical | 12.67 | 12.67 |
| Principal Post- | 9.56 | 9.56 |
| **TOTAL** | 22.23 | 22.23 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3634.03 | 7311.37 |

Payrolls by Paychex, Inc.

0942 A790-7874 California Family Life Center • PO Box 727 • Hemet CA 92546 • (951) 765-6955



Sharp HealthCare    8695 Spectrum Center Blvd San Diego, CA 92123    (858) 499-8300

| Name | Company | Employee ID | Base Pay | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Brittany Moore | Sharp HealthCare | 462151 | 46.36 | 07/24/2022 | 08/06/2022 | 08/12/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 3,576.36 | 215.50 | 486.99 | 16.74 | 2,857.13 |
| YTD | 980.50 | 61,094.06 | 3,448.00 | 8,548.91 | 267.84 | 48,829.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| DOUBLETIME | | | 0 | | 5.5 | 532.31 |
| EVENING SHIFT | | | 0 | | 11.75 | 32.32 |
| FAMILY LOA/ILL | | | 0 | | 31.39 | 1,464.39 |
| HOLIDAY PAY | | | 0 | | 23.75 | 1,651.58 |
| NO MEAL | | | 0 | | 4 | 202.22 |
| OVERTIME | | | 0 | | 21 | 1,503.45 |
| SPSL | | | 0 | | 79 | 3,662.44 |
| TRAINING - DT | | | 0 | | 1.75 | 169.32 |
| NIGHT SHIFT | 07/24/22 - 07/30/22 | 23.5 | 4.25 | 99.88 | | |
| PAID TIME OFF | 07/24/22 - 07/30/22 | 3.5 | 46.36 | 162.26 | | |
| REGULAR | 07/24/22 - 07/30/22 | 23.5 | 46.36 | 1,089.46 | | |
| TRAINING - REG | 07/24/22 - 07/30/22 | 8.5 | 46.36 | 394.06 | 8.75 | 405.65 |
| EXT SICK | 07/31/22 - 08/06/22 | 8.6 | 50.61 | 435.25 | 14.73 | 834.63 |
| NIGHT SHIFT | 07/31/22 - 08/06/22 | 24 | 4.25 | 102.00 | 958.25 | 4,072.67 |
| PAID TIME OFF | 07/31/22 - 08/06/22 | 3.9 | 46.36 | 180.81 | 84.63 | 3,923.47 |
| REGULAR | 07/31/22 - 08/06/22 | 24 | 46.36 | 1,112.64 | 919.75 | 42,639.61 |
| Earnings | | | | 3,576.36 | | 61,094.06 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 208.47 | 3,575.58 |
| Medicare | 48.76 | 836.23 |
| Federal Withholding | 0.00 | 147.82 |
| State Tax - CA | 192.79 | 3,355.17 |
| CA SDI - CASDI | 36.97 | 634.11 |
| Employee Taxes | 486.99 | 8,548.91 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Ee - Premium Dental | 30.00 | 480.00 |
| Ee - Premium HMO | 185.50 | 2,968.00 |
| Pre Tax Deductions | 215.50 | 3,448.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Ee - Parking | 2.50 | 40.00 |
| Ee - Spouse Life | 7.82 | 125.12 |
| Ee - Supp Life Ins | 6.42 | 102.72 |
| Post Tax Deductions | 16.74 | 267.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| IMPUTED LIFE | 1.54 | 24.64 |
| Employer Paid Benefits | 1.54 | 24.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,362.40 | 57,670.70 |
| Medicare - Taxable Wages | 3,362.40 | 57,670.70 |
| Federal Withholding - Taxable Wages | 3,362.40 | 57,670.70 |
| State Tax Taxable Wages - CA | 3,362.40 | 57,670.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| ESI | 2.15 | 8.6 | 2.15 |
| PTO | 7.69 | 7.4 | 52.79 |
| SPSL | 0 | 0 | 1 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| "SCHOOLSFIRST FED CREDIT UNION" | Checking | ******4704 | | 2,857.13    USD |



Sharp HealthCare    8695 Spectrum Center Blvd San Diego, CA 92123    (858) 499-8300

| Name | Company | Employee ID | Base Pay | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Brittany Moore | Sharp HealthCare | 462151 | 46.36 | 08/07/2022 | 08/20/2022 | 08/26/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 54.00 | 3,567.43 | 215.50 | 485.29 | 16.74 | 2,849.90 |
| YTD | 1,034.50 | 64,661.49 | 3,663.50 | 9,034.20 | 284.58 | 51,679.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| DOUBLETIME | | | 0 | | 5.5 | 532.31 |
| EVENING SHIFT | | | 0 | | 11.75 | 32.32 |
| EXT SICK | | | 0 | | 14.73 | 834.63 |
| FAMILY LOA/ILL | | | 0 | | 31.39 | 1,464.39 |
| HOLIDAY PAY | | | 0 | | 23.75 | 1,651.58 |
| NO MEAL | | | 0 | | 4 | 202.22 |
| OVERTIME | | | 0 | | 21 | 1,503.45 |
| SPSL | | | 0 | | 79 | 3,662.44 |
| TRAINING - DT | | | 0 | | 1.75 | 169.32 |
| TRAINING - REG | | | 0 | | 8.75 | 405.65 |
| NIGHT SHIFT | 08/07/22 - 08/13/22 | 32.5 | 4.25 | 138.13 | | |
| PAID TIME OFF | 08/07/22 - 08/13/22 | 3.5 | 46.36 | 162.26 | | |
| REGULAR | 08/07/22 - 08/13/22 | 32.5 | 46.36 | 1,506.70 | | |
| NIGHT SHIFT | 08/14/22 - 08/20/22 | 21.5 | 4.25 | 91.38 | 1012.25 | 4,302.18 |
| PAID TIME OFF | 08/14/22 - 08/20/22 | 14.5 | 46.36 | 672.22 | 102.63 | 4,757.95 |
| REGULAR | 08/14/22 - 08/20/22 | 21.5 | 46.36 | 996.74 | 973.75 | 45,143.05 |
| Earnings | | | | 3,567.43 | | 64,661.49 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 207.92 | 3,783.50 |
| Medicare | 48.62 | 884.85 |
| Federal Withholding | 0.00 | 147.82 |
| State Tax - CA | 191.88 | 3,547.05 |
| CA SDI - CASDI | 36.87 | 670.98 |
| Employee Taxes | 485.29 | 9,034.20 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Ee - Premium Dental | 30.00 | 510.00 |
| Ee - Premium HMO | 185.50 | 3,153.50 |
| Pre Tax Deductions | 215.50 | 3,663.50 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Ee - Parking | 2.50 | 42.50 |
| Ee - Spouse Life | 7.82 | 132.94 |
| Ee - Supp Life Ins | 6.42 | 109.14 |
| Post Tax Deductions | 16.74 | 284.58 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| IMPUTED LIFE | 1.54 | 26.18 |
| Employer Paid Benefits | 1.54 | 26.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,353.47 | 61,024.17 |
| Medicare - Taxable Wages | 3,353.47 | 61,024.17 |
| Federal Withholding - Taxable Wages | 3,353.47 | 61,024.17 |
| State Tax Taxable Wages - CA | 3,353.47 | 61,024.17 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| ESI | 2.15 | 0 | 4.3 |
| PTO | 7.69 | 18 | 42.48 |
| SPSL | 0 | 0 | 1 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| "SCHOOLSFIRST FED CREDIT UNION" | Checking | ******4704 | | 2,849.90 USD |

# Earnings    ✗

| **Selected Check** | Year-to-Date |
|---|---|

|  |  |
|---:|---|
| **Gross Earnings** | |
| **Net Pay** | $0.00 |
| **Payment Date** | 08/05/2022 |
| **Pay Begin Date** | 07/25/2022 |
| **Pay End Date** | 07/31/2022 |



### View Paycheck

**GMRI, Inc.**

Ryan Moore

Restaurant Hourly Employee

| | |
|---:|:---|
| Earnings | $330.15 |
| Taxes | $143.84 |
| Deductions | $32.64 |
| Net Pay | $153.67 |
| Payment Date | 09/09/2022 |
| Pay Begin Date | 08/29/2022 |
| Pay End Date | 09/04/2022 |



- Earnings >
- Taxes >
- Before-Tax Deductions >
- After-Tax Deductions >
- Net Pay Distribution >

View PDF Paycheck





**GMRI, Inc.**

Ryan Moore

Restaurant Hourly Employee

| | |
|---:|:---|
| Earnings | $88.50 |
| Taxes | $39.85 |
| Deductions | $13.46 |
| Net Pay | $35.19 |
| Payment Date | 09/02/2022 |
| Pay Begin Date | 08/22/2022 |
| Pay End Date | 08/28/2022 |



View PDF Paycheck





### View Paycheck

**GMRI, Inc.**

Ryan Moore

Restaurant Hourly Employee

| | |
|---:|:---|
| Earnings | $408.90 |
| Taxes | $195.07 |
| Deductions | $40.62 |
| Net Pay | $173.21 |
| Payment Date | 09/16/2022 |
| Pay Begin Date | 09/05/2022 |
| Pay End Date | 09/11/2022 |

- Earnings >
- Taxes >
- Before-Tax Deductions >
- After-Tax Deductions >
- Net Pay Distribution >

View PDF Paycheck





## View Paycheck

**GMRI, Inc.**

Ryan Moore

Restaurant Hourly Employee

| | |
|---:|:---|
| Earnings | $164.25 |
| Taxes | $80.43 |
| Deductions | $21.84 |
| Net Pay | $61.98 |
| Payment Date | 09/23/2022 |
| Pay Begin Date | 09/12/2022 |
| Pay End Date | 09/18/2022 |



- Earnings >
- Taxes >
- Before-Tax Deductions >
- After-Tax Deductions >
- Net Pay Distribution >

View PDF Paycheck

