Certificate Number: 14912-CAC-DE-037038127

Bankruptcy Case Number: 22-13671



14912-CAC-DE-037038127

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2022, at 6:46 o'clock PM EST, Brittany Moore completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  December 12, 2022

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor