Certificate Number: 14912-CAC-DE-037038128

Bankruptcy Case Number: 22-13671



14912-CAC-DE-037038128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 12, 2022</u>, at <u>6:46</u> o'clock <u>PM EST</u>, <u>Ryan Moore</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>December 12, 2022</u>         By:    <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>